**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
CLEAR BLUE INSURANCE COMPANY, as a
subrogee of ZAHIDUL ISLAM,

                               Plaintiff,

            -against-                                 22 **CIVIL** 2084 (NRB)

                                                    <u>**JUDGMENT**</u>

UNITED STATES POSTAL SERVICE and JAMEL
GREEN,

                              Defendants.
----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated June 6, 2022, Defendants' motion to substitute the United States

as defendant and for summary judgment is granted in its entirety as the United States is the

proper defendant. The complaint is dismissed.

**Dated:**  New York, New York

      June 7, 2022

                                       **RUBY J. KRAJICK**
                                       _____
                                         **Clerk of Court**
                    **BY:**        K. mango
                                         _____
                                         **Deputy Clerk**